844

**EX PARTE Sanford Leonard RYLES**

CR-14-0248

Court of Criminal Appeals of Alabama.

02/02/2015

Reh. denied 02/27/2015

Habeas corpus pet. dismissed

**Andre Lee JONES**

v.

**STATE**

CR-14-0250

Court of Criminal Appeals of Alabama.

03/04/2015

Reversed and remanded

**Jason E. ROGERS**

v.

**STATE**

CR-14-0252

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed

**Jimmy DAVIS**

v.

**STATE**

CR-14-0255

Court of Criminal Appeals of Alabama.

02/19/2015

Dismissed

**Toriano Nicholas PORTER**

v.

**STATE**

CR-14-0259

Court of Criminal Appeals of Alabama.

03/06/2015

Affirmed